191 So. 645

### George E. CHAMBERS v. HOME INSURANCE CO. OF NEW YORK.
### 8 Div. 16.

Supreme Court of Alabama.
Oct. 19, 1939.

Coleman, Spain, Stewart & Davies, of Birmingham, for petitioner.

Wm. L. Chenault, of Russellville, opposed.

PER CURIAM.

Petition of the Home Insurance Company of New York for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Chambers v. Home Insurance Co. of New York, 191 So. 642.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.